NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1544

DENNIS N. PIXTON,

Plaintiff-Appellee,

v.

B&B PLASTICS, INC. (doing business as Gambler),

Defendant-Appellant,

and

MICHAEL SURMAN,
and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III)

Defendants.

Appeal from the United States District Court for the Southern District of
Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

--------------------------------------------------------------------------------------------

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler), MICHAEL SURMAN,
and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III)

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of
Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

ON MOTION

<u>O R D E R</u>

B&B Plastics, Inc. et al. (B&B) move for a 14-day extension of time, until October 7, 2009, to file their brief. B&B states that Dennis Pixton consents.

B&B Plastics submits its motion in both appeals 2004-1544 and 2004-1579. However, appeal 2004-1544 was dismissed on August 31, 2005. Thus, the motion is moot with respect to appeal 2004-1544.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 14 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gayle E. Halligan, Esq.
    Jeff M. Brown, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 4 2009

JAN HORBALY
CLERK